**Order filed, November 30, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00773-CV**
_____

**CYNTHIA MYNARD, Appellant**

**V.**

**CHARLES ASHLEY DEGENHARDT, Appellee**

**On Appeal from the County Court at Law #4
Williamson County, Texas
Trial Court Cause No. 20-0860-CP4**

## ORDER

The reporter's record in this case was due October 24, 2022. *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on November 10, 2022. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Thomas M. McMinn**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot, and Wilson.